UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

In re: Daniel & Opal Hoffman

Chapter 13
Case No.: 21-12309

# REQUEST TO MODIFY CONFIRMED CHAPTER 13 PLAN

1. The person requesting this plan modification is:

    **X** The Debtor;

    ___ The Chapter 13 Trustee;

    ___ the holder of an unsecured claim Name: _____

2. Service: A certificate of service must be filed with this request for plan modification, together with the modified Wisconsin Local Form 3015-1.1

3. Designate one of the following:

    **X** A copy of this proposed modification has been served on the parties (the debtor, the trustee, the United States Trustee and all creditors) as required by Fed. R. Bank. P. 3015(g); or

    ___ A motion requesting limited service is being filed simultaneously with the Court.

4. I request the following modification of the Chapter 13 Plan last confirmed by the Court:

    ***SEE ATTACHED

**II, A – Monthly Plan payments:**

Debtors paid $34,325.00 into the plan through 7/31/2023. Debtors will no longer skip summer months as the joint Debtor's pay schedule has changed and she receives pay throughout the year. Payments of $2,472 shall be made monthly for the remaining 39 months of the Plan. The total of estimated payments to the Trustee is $130,733.

**III, A - Secured Claims:**

3. Nationstar Mortgage shall file a supplemental claim in the amount of $17,630. This claim shall be paid in full at 0% interest, pro-rata.

**VIII – Non-Standard Plan Provisions:**

Debtors will no longer skip summer months as the joint Debtor's pay schedule has changed and she receives pay throughout the year. Payments of $2,472 shall be made monthly for the remaining 39 months of the Plan

UNITED STATES BANKRUPTCY COURT, WESTERN DISTRICT OF WISCONSIN

www.wiwb.uscourts.gov

## CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ _____ Original Plan

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)

☒ 2nd _____ Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: Daniel C. Hoffman    JOINT DEBTOR: Opal L. Hoffman    CASE NO.: 21-12309

SS#: xxx-xx- 1206    SS#: xxx-xx-8464

## I. NOTICES

**To Debtors:** Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 3015-1, 3015-2, and 3015-3.

**To Creditors:** Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

**To All Parties:** The plan contains no nonstandard provisions other than those set out in paragraph VIII. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ☐ Included | ☒ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ Included | ☒ Not included |
| Nonstandard provisions, set out in Section VIII | ☒ Included | ☐ Not included |

**TO ALL PARTIES:**
Unless otherwise provided for in this plan, the Trustee shall disburse payments in the following order: administrative expenses including trustee and attorney fees, secured claims, priority claims, general unsecured claims.

## II. PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

**A. MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees beginning 30 days from the filing/conversion date. Debtor(s) will make payments by employer wage order, unless otherwise specified herein. The payments must be made for the Applicable Commitment Period, either 36 or 60 months, or for a shorter period that is sufficient to pay allowed nonpriority unsecured claims in full.

1. $34,325.00 for _____ months;
2. $2,472.00 for 39 months;
3. $0.00 for _____ months;
4. $0.00 for _____ months;
5. $0.00 for _____ months;
6. $0.00 for _____ months;
7. $0.00 for _____ months;

The total amount of estimated payments to the trustee: $130,733.00

**B. DEBTOR(S)' ATTORNEY'S FEE:** ☐ NONE  ☐ PRO BONO

| Total Fees: | $4500.00 | Total Paid: | $140.75 | Balance Due: | $4359.25 |
|---|---|---|---|---|---|
| Payable | $0.00 | /month (Months ___ to ___ ) | | | |

## III. TREATMENT OF SECURED CLAIMS

### A. SECURED CLAIMS: ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

**1. Creditor:** Nationstar Mortgage LLC

Address: 8950 Cypress Waters Blvd. Coppell, TX 75019

Arrearage/ Payoff on Petition Date: $74,587 / $296,740.84
[Select Payment Type]: $0.00 /month

Account No.: _____

Other: Arrears of $74,587 to be paid in full through the plan at 0% interest, pro-rata

■ Real Property
   ■ Principal Residence
   ☐ Other Real Property

Check one below for Real Property:
■ Escrow is included in the regular payments
☐ The debtor(s) will pay ☐ taxes ☐ insurance directly

Address of Collateral:
W8110 Phillips Rd
Poynette, WI 53955

☐ Personal Property/Vehicle

Description of Collateral:

**2. Creditor:** Capital One Auto Finance

Address: 4515 N. Santa Fe Ave. Oklahoma City, OK 73118

Arrearage/ Payoff on Petition Date: $0.00 / $23,750
[Select Payment Type]: $445.48 /month

Account No.: 6466

Other: The balance to be paid in full 4.75% interest with equal monthly payments of $445.48

☐ Real Property
   ☐ Principal Residence
   ☐ Other Real Property

Check one below for Real Property:
☐ Escrow is included in the regular payments
☐ The debtor(s) will pay ☐ taxes ☐ insurance directly

Address of Collateral:

■ Personal Property/Vehicle

Description of Collateral: 2017 Dodge Ram - VIN 1C6RR7FT6HS834644

**3. Creditor:** Nationstar Mortgage LLC - supplemental claim

Address: 8950 Cypress Waters Blvd. Coppell, TX 75019

Arrearage/ Payoff on Petition Date: $17,630.00
[Select Payment Type]: $0.00 /month

Account No.: _____

Other: To be paid in full through the plan at 0% interest, pro-rata

- ☒ Real Property
  - ☒ Principal Residence
  - ☐ Other Real Property

  Address of Collateral:
  W8110 Phillips Rd
  Poynette, WI 53955
- ☐ Personal Property/Vehicle

Check one below for Real Property:
- ☒ Escrow is included in the regular payments
- ☐ The debtor(s) will pay  ☐ taxes  ☐ insurance directly

Description of Collateral:

**B. VALUATION OF COLLATERAL:** ☐ NONE

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED UPON YOU PURSUANT TO BR 7004 AND LR 3015-1.

1. **REAL PROPERTY:** ☒ NONE
2. **VEHICLES(S):** ☒ NONE
3. **PERSONAL PROPERTY:** ☒ NONE

**C. LIEN AVOIDANCE** ☐ NONE

☐ Judicial liens or nonpossessory, nonpurchase money security interests securing the claims will be avoided to the extent that they impair the exemptions under 11 U.S.C. § 522 as listed below. A separate motion will also be served pursuant to BR 7004 and LR 3015-1.

1. Creditor: _____  Collateral: _____
   Address: _____
   _____  Exemption: _____
   Account No.: _____

**D. SURRENDER OF COLLATERAL:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.

☒ NONE

**E. DIRECT PAYMENTS SECURED CLAIMS:**

☐ NONE
☐ The debtor(s) elect to make current payments directly to each secured creditor listed below. Nothing herein is intended to terminate or abrogate the debtor(s)' state law contract rights.

| Name of Creditor | Last 4 Digits of Account No. | Description of Collateral (Address, Vehicle, etc.) |
|---|---|---|
| 1. Nationstar Mortgage | 6217 | W8110 Phillips Rd Poynette, WI 53955 |

**IV. TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]

A. **ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE:** ☒ NONE

B. **PRIORITY TAX CLAIMS:** ☒ NONE

C. **DOMESTIC SUPPORT OBLIGATION(S):** ☒ NONE

D. **OTHER:** ☒ NONE

**V. TREATMENT OF UNSECURED NONPRIORITY CREDITORS**

A. Pay _____$0.00_____ /month

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

B. ☐ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

C. **SEPARATELY CLASSIFIED:** ☒ NONE

*Debtor(s) certify the separate classification(s) of the claim(s) listed above will not prejudice other unsecured nonpriority creditors pursuant to 11 U.S.C. § 1322.

VI. **EXECUTORY CONTRACTS AND UNEXPIRED LEASES:** Secured claims filed by any creditor/lessor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.

- ■ NONE

VII. **INCOME TAX RETURNS AND REFUNDS:** ☐ NONE

- ■ Debtor(s) will not provide tax returns unless requested by any interested party pursuant to 11 U.S.C. § 521.
- ☐ The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) will not provide tax returns unless requested by any interested party pursuant to 11 USC 521. If returns are requested, the debtor(s) hereby acknowledge that the deadline for providing the Trustee with their filed tax returns is on or before May 15 of each year the case pending.

VIII. **NON-STANDARD PLAN PROVISIONS** ☐ NONE

- ■ Nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise included in the Local Form or deviating from it. Nonstandard provisions set out elsewhere in this plan are void.

   Debtors will no longer skip summer months as the joint Debtor's pay schedule has changed and she receives pay throughout the year. Payments of $2,472 shall be made monthly for the remaining 39 months of the Plan

- ☐ Mortgage Modification Mediation

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

| Debtor | Date | Joint Debtor | Date |
|---|---|---|---|
| Daniel C. Hoffman | | Opal L. Hoffman | |

_/s/ [signature]_    8-22-23
Attorney with permission to sign on Debtor(s)' behalf    Date

By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph VIII.

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

In Re:

    Daniel C. Hoffman
    Opal L. Hoffman

Case No. 21-12309
Chapter 13

    Debtor(s)

## NOTICE OF DEBTORS' REQUEST TO MODIFY CONFIRMED CHAPTER 13 PLAN

**PLEASE TAKE NOTICE** that the above-named Debtors, Daniel and Opal Hoffman, by their attorneys, Krekeler Law, S.C., have filed papers with the Court to Modify the Debtors' Chapter 13 Plan, a copy of which is attached hereto and incorporated herein.

**<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to eliminate or change your claim, then on or before **twenty-one (21) days** from the date of this Notice, you or your attorney must:

File with the court a written objection and request for hearing, explaining your objection to Debtors' Request to Modify Confirmed Chapter 13 Plan and 2nd Modified Plan at:

United States Bankruptcy Court
120 North Henry Street
Madison, WI 53703

If you mail your objection to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also mail a copy to:

Attorney Michelle A. Angell
Krekeler Law S.C.
26 Schroeder Ct., Ste 300
Madison, WI 53711

U.S. Trustee
780 Regent Street, Suite 304A
Madison, WI 53715

If you or your attorney does not take these steps, the court may decide that you do not oppose the Debtors' Request to Modify Confirmed Chapter 13 Plan and the terms of the 2nd Modified Plan and, therefore, may enter an order granting said 2nd Modified Chapter 13 Plan.

Dated this 22nd day of August, 2023.

KREKELER LAW, S.C.

By: _____
Michelle A. Angell
State Bar No. 1063924
Attorneys for Debtors,
Daniel and Opal Hoffman

**ADDRESS:**
26 Schroeder Ct.
Suite 300
Madison, WI 53711
(608) 258-8555
mangell@ks-lawfirm.com

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

In Re:

    Daniel C. Hoffman
    Opal L. Hoffman

Case No. 21-12309
Chapter 13

    Debtor(s)

## AFFIDAVIT OF MAILING

STATE OF WISCONSIN    )
                                  ) ss.
COUNTY OF DANE        )

    The undersigned, being first duly sworn on oath, deposes and says that on August 22, 2023, the Debtors' Request to Modify Confirmed Chapter 13 Plan, 2nd Modified Plan, and Notice of Debtors' Request to Modify Confirmed Chapter 13 Plan was electronically filed with the Clerk of Court and served upon the United States Trustee, the Debtors' attorney, and any other person designated by the Court using the ECF system.

    The undersigned, being first duly sworn on oath, deposes and says that on August 22, 2023, the undersigned mailed, properly enclosed in a postpaid envelope, a copy of the Debtors' Request to Modify Confirmed Chapter 13 Plan, 2nd Modified Plan, and Notice of Debtors' Request to Modify Confirmed Chapter 13 Plan to all on the attached list and to:

Daniel and Opal Hoffman
W8110 Phillips Rd.
Poynette, WI 53955

*Janet Ciha*
Janet Ciha

Subscribed and sworn to before me
This 22nd day of August, 2023

*Rebecca Isige*
Rebecca Isige
Notary Public, State of Wisconsin
My commission expires: 8/30/2025

Label Matrix for local noticing
0758-3
Case 3-21-12309-cjf
Western District of Wisconsin www.wiwb.uscour
Madison
Tue Aug 22 15:18:56 CDT 2023

AIS Portfolio Services LP
Attn: Capital One Auto Finance
4515 N. Santa Fe Ave,, Dept. APS
Oklahoma City, OK 73118-7901

(p)ALASKA USA FCU
ATTN BANKRUPTCY
4220 B STREET
ANCHORAGE AK 99503-5911

Aspirus Inc
PO Box 1008
Wausau, WI 54402-1008

Attorney Joseph R. Johnson
Kohn Law Firm, S.C.
735 N. Water Street, Suite 1300
Milwaukee, WI 53202-4106

Attorney Kirk R. Emick
Kohn Law Firm SC
735 N Water St., Ste 1300
Milwaukee, WI 53202-4106

Axcess Financial
dba Check 'n Go
7755 Montgomery Rd
Cincinnati, OH 45236-4291

BUREAUS INVESTMENT GROUP PORTFOLIO NO 15
LLC
PO Box 788
Kirkland, WA 98083-0788

Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

Bonded Collectors of Wisconsin, Inc.
P.O. Box 83
Portage, WI 53901-0083

Bureaus Investment Group Portfolio No 15 LLC
PO Box 788
Kirkland, WA 98083-0788

Capital One - Maurices
PO Box 30253
Salt Lake City, UT 84130-0253

Capital One Auto
c/o Dusputes
PO Box 259407
Plano, TX 75025-9407

Capital One Auto Finance
4515 N Santa Fe Ave.
Dept. APS
Oklahoma City, OK 73118-7901

Capital One Auto Finance, a division of
AIS Portfolio Services, LP
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Capital One Auto Finance, a division of Capi
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Capital One Bank
PO Box 30281
Salt Lake City, UT 84130-0281

Capital One Bank
c/o American InfoSource
PO Box 71083
Charlotte, NC 28272-1083

Capital One Bank (USA)
American InfoSource as agent
4515 N. Santa Fe Ave
Oklahoma City, OK 73118-7901

Capital One Bank (USA), N.A.
by American InfoSource as agent
PO Box 71083
Charlotte, NC 28272-1083

Cash Central
6785 Bobcat Way, Suite 200
Dublin, OH 43016-1443

Cash Net USA
175 West Jackson Blvd, Suite 1000
Chicago, IL 60604-2863

Charter Communications
2701 Daniels Street
Madison, WI 53718-6792

Check 'N Go
2830 New Pinery Rd, Ste I
Portage, WI 53901-9263

Check N Go
2531 8th St S
Wisconsin Rapids, WI 54494-6162

Comenity Bank
Bankruptcy Department
PO Box 182125
Columbus, OH 43218-2125

Comenty Bank - JJill
PO Box 182789
Columbus, OH 43218-2789

Comenty Bank - Lane Bryant
PO Box 182789
Columbus, OH 43218-2789

Commenity Bank - Ulta
PO Box 182120
Columbus, OH 43218-2120

Dish Network
9601 S Meridian Blvd
Englewood, CO 80112-5905

Divine Savior Healthcare
PO Box 387
Portage, WI 53901-0387

Christopher C. Drout
Gray & Associates, L.L.P.
16345 West Glendale Drive
New Berlin, WI 53151-2841

ECMC
PO Box 16408
Saint Paul, MN 55116-0408

Educational Credit Management Corporation
P.O. Box 16408
St. Paul, MN 55116-0408

Evan Lincoln Moscov
Law Office of Evan Moscov
325 Washington St., Suite 303
Waukegan, IL 60085-5526

Fed Loan Servicing
P.O Box 60610
Harrisburg, PA 17106-0610

Fingerhut Direct Market
ATTN: Customer Service
6250 Ridgewood Road
Saint Cloud, MN 56303-0820

Gray & Associates, L.L.P.
Attorney Jay J. Pitner
16345 West Glendale Drive
New Berlin, WI 53151-2841

(p)MARK HARRING
ATTN STANDING TRUSTEE
122 WEST WASHINGTON AVENUE SUITE 500
MADISON WI 53703-2758

Daniel C. Hoffman
W8110 Phillips Rd
Poynette, WI 53955-8801

Opal L. Hoffman
W8110 Phillips Rd
Poynette, WI 53955-8801

IC System, Inc.
444 Highway 96 East
PO Box 64378
Saint Paul, MN 55164-0378

IRS - Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

(p)JORA CREDIT
7701 LAS COLINAS RIDGE SUITE #650
IRVING TX 75063-8114

Kohl's
Peritus Portfolio Services II, LLC
PO BOX 141509
IRVING, TX 75014-1509

Kohl's Department Store
PO Box 3115
Milwaukee, WI 53201-3115

J. David Krekeler
Krekeler Law, S.C.
26 Schroeder Court, Ste 300
Madison, WI 53711-2503

LVNV Funding LLC
PO Box 10587
Greenville, SC 29603-0587

Madison Gas & Electric Co.
PO Box 1231
Madison, WI 53701-1231

Midland Credit Management
PO Box 2037
Warren, MI 48090-2037

Midland Funding
Midland Credit Management Inc.
PO Box 2001
Warren, MI 48090-2001

Midwest Recovery Systems LLC
514 Earth City Plaza, Suite 100
Earth City, MO 63045-1303

Evan L Moscov
Law Office of Evan L. Moscov
P.O. Box 8305
Waukegan, IL 60079-8305

Mr. Cooper
Attn: Donald Wooten
PO Box 619097
Dallas, TX 75261-9097

(p)NATIONSTAR MORTGAGE LLC
PO BOX 619096
DALLAS TX 75261-9096

Nationstar Mortgage LLC
c/o PHILLIP A. NORMAN, P.C.
17035 W. Wisconsin Ave, Suite 150
Brookfield, WI 53005-5734

Nationstar Mortgage LLC
8950 Cypress Waters Blvd
Coppell, TX 75019-4620

Nationstar Mortgage LLC d/b/a Mr. Cooper
c/o Gray & Associates, L.L.P.
16345 W Glendale Dr
New Berlin, WI 53151-2841

Nationstar Mortgage LLC d/b/a Mr. Cooper
PO Box 619096
Dallas, TX 75261-9096

Office of the United States Trustee
780 Regent Street
Suite 304
Madison, WI 53715-2635

PayPal Credit / Synchrony Bank
c/o PRA Receivables management
PO Box 41021
Norfolk, VA 23541-1021

Jay J. Pitner
Gray & Associates, LLP
16345 West Glendale Drive
New Berlin, WI 53151-2841

Plain Green LLC
93 Mark Road Suite 600
PO Box 270
Box Elder, MT 59521-0270

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

(p)PERITUS PORTFOLIO SERVICES II LLC
P O BOX 141419
IRVING TX 75014-1419

Rise
4150 International Ste. 300
Fort Worth, TX 76109-4819

Scolopax, LLC
c/o Weinstein & Riley, P.S.
2001 Western Ave., Ste. 400
Seattle, WA 98121-3132

Secretary of Treasury
Treasury Department
1500 Pennsylvania Avenue N.W.
Washington, DC 20220-0001

Securities and Exchange Commission
175 West Jackson Boulevard
Suite 900
Chicago, IL 60604-2908

Kelly M. Smith
Phillip A. Norman P.C.
17035 W. Wisconsin Ave.
Suite 150
Brookfield, WI 53005-5734

(p)STATE COLLECTION SERVICE INC
2509 S STOUGHTON RD
MADISON WI 53716-3314

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk VA 23541-1021

Ian Thomson
Gray & Associates, LLP
16345 W Glendale Dr
New Berlin, WI 53151-2841

U.S. Department of Education
c/o FedLoan Servicing
P.O. Box 69184
Harrisburg, PA 17106-9184

U.S. Trustee's Office
780 Regent Street, Suite 304
Madison, WI 53715-2635

US Dept. of Education
120 N. Seven Oaks Dr.
Knoxville, TN 37922-2359

United States Treasury
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Wisconsin Department of Revenue
Special Procedures Unit
P.O. Box 8901
Madison, WI 53708-8901

Wisconsin Department of Revenue
ATTN: Bankruptcy Unit, MS 5-144
P.O. Box 8901
Madison, WI 53708-8901

Wisconsin Dept. of Workforce Development
Division of Unemployment Insurance
P.O. Box 8914
Madison, WI 53708-8914

(p)ALLIANT ENERGY
300 E SHERIDAN AVE
CENTERVILLE IA 52544-2625

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Alaska USA Federal Credit Union
PO Box 196200
Anchorage, AK 99519-6613

Mark Harring
122 West Washington Ave.
Suite 500
Madison, WI 53703-2578

Jora Credit
PO Box 8407
Philadelphia, PA 19101

Nationstar Mortgage
dba Mr. Cooper
PO Box 619096
Dallas, TX 75261-9741

Portfolio Recovery Associates
PO Box 12914
Norfolk, VA 23541

(d)Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541

| | | |
|---|---|---|
| (d)Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 | RISE Credit<br>Peritus Portfolio Services II, LLC<br>PO BOX 141419<br>IRVING, TX 75014-1419 | (d)Rise<br>PO Box 141419<br>Irving, TX 75014-1419 |
| (d)Rise Credit<br>Peritus Portfolio Services II, LLC<br>PO Box 141419<br>Irving, TX 75015-1419 | State Collection Service<br>PO Box 6250<br>Madison, WI 53716-0250 | Wisconsin Power & Light Company<br>300 East Sheridan<br>Centerville, IA 52544 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Capital One Auto Finance, a division of Ca<br>4515 N. Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | (d)Capital One Auto Finance, a division of Ca<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | (d)LVNV Funding LLC<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| (d)Midland Credit Management, Inc.<br>PO Box 2037<br>Warren, MI 48090-2037 | (d)Opal L. Hoffman<br>W8110 Phillips Rd<br>Poynette, WI 53955-8801 | (d)Wisconsin Department of Revenue<br>ATTN: Bankruptcy Unit, MS 5-144<br>PO Box 8901<br>Madison, WI 53708-8901 |

End of Label Matrix
Mailable recipients    80
Bypassed recipients     6
Total                  86