UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re<br>Daniel C. Hoffman and Opal L. Hoffman<br><br>Debtors | Chapter 13<br>Case No. 21-12309-cjf |

**ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY**

Based on the Certification of Default of Attorney Kelly M. Smith on behalf of Nationstar Mortgage LLC (the "Movant"), and it appearing that the Debtors have not complied under the terms of the order entered August 18, 2023 with respect to the Debtors' property located at W8110 PHILLIPS RD, POYNETTE, WI 53955 (the "Property"),

IT IS THEREFORE ORDERED: the stay of 11 U.S.C.§ 362(d) is modified to permit the Movant to exercise its rights and remedies with respect to the Property under its loan documents and applicable nonbankruptcy law. All other relief requested in the Movant's original motion for relief from stay is denied.

IT IS FURTHER ORDERED: the Movant's Proof of Claims numbers 17 and 22 are withdrawn, and the Trustee shall not make further payments on the claims. If the stay is reinstated, the claims will be reinstated.

IT IS FURTHER ORDERED: this Order is effective immediately and is not stayed for 14 days pursuant to Bankruptcy Rule 4001(a)(3).

###